**FILED**

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| TOWN OF KEVIN,<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>NORTH CENTRAL MONTANA REGIONAL WATER AUTHORITY,<br><br>Defendant/Appellant. | Case No.: DA 23-0317<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |

Appellee Town of Kevin, having filed an *Unopposed Motion for Extension* within which to file Appellee's Response Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Appellee's Response Brief is due on or before February 1, 2024.

**Electronically dated and signed below.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2023